MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 05/27/2014

MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

v.

ALEXANDER GOLDSHMIDT,
ALEX PUZAITZER,
MICHAEL VAX,
YITZ GROSSMAN,
EFIM AKSANOV, and
STEVE KOIFMAN

                *Defendant.*
-----------------------------------------------------------x

S1 13 Cr. 410 (NRB)

*Endorsement*

Motion granted.

/s/ Naomi Reice Buchwald,
USDJ

May 22, 2014

MEMO ENDORSED

    PLEASE TAKE NOTICE THAT, upon the accompanying Affidavit of Martin H. Kaplan, Esq., sworn to May 16, 2014, and the Exhibits annexed thereto, and Memorandum of Law in Support and the pleadings herein, Gusrae Kaplan Nusbaum PLLC ("GKN") will move this Court, before the Honorable Naomi Reice Buchwald, at the United States Courthouse, 500 Pearl Street, Courtroom 21A, New York, New York, on May 22, 2014 at 9:30am, or as soon thereafter as the Court will hear, for an Order, pursuant to Local Criminal Rule 1.1(b) and Local Civil Rule 1.4, allowing GKN to withdraw as counsel for <u>defendant Alexander Goldshmidt</u> and for such other relief as the Court may deem proper.

    PLEASE TAKE FURTHER NOTICE THAT, pursuant to Rule 49.1 of the Local Criminal Rules of the United States District Courts of the Southern and Eastern Districts of New York, answering papers, if any, are to be served within fourteen (14) days after service of this motion.

Dated: New York, New York
       May 16, 2014

                            GUSRAE KAPLAN NUSBAUM PLLC

By  */signature/*
                Martin H. Kaplan, Esq.
                Attorney for Defendant
                 Alexander Goldshmidt
                120 Wall Street, 25th Floor
                New York, New York 10005
                (212) 269-1400
                mkaplan@gusraekaplan.com