# GARY A. FARRELL, ESQ.

ATTORNEY AT LAW

305 BROADWAY, 14TH FLOOR
NEW YORK, NEW YORK 10007
TEL: (212) 822-1434 · FAX: (212) 822-1472

garyfesq@aol.com

October 8, 2014

Hon. Naomi Reice Buchwald
United States District Court
500 Pearl Street
New York, New York 10007
VIA ECF

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/14/2014

Re: U.S.A. v. Alexander Goldshmidt
13 Cr 410 (NRB)

Dear Judge Buchwald:

As plea negotiations remain on going, I hereby waive speedy trial time on behalf of the defendant until October 20, 2014, the next scheduled court conference, as I continue to negotiate on his behalf with the hope of resolving his case with a plea agreement. Assistant United States Attorney Jennifer Burns has consented to this request on behalf of the government.

Sincerely,

Gary Farrell

So Ordered.

Naomi Reice Buchwald, USDJ
10/10/14

cc: Jennifer Burns
    Abigail Kurland
    Jason Masimore
    *Assistant United States Attorneys*